UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                               }

LILLIE JENINE PRIVOT                                 }    CHAPTER 13

DEBTOR(S)                                            }    CASE 11-57500-PMB

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $895.38 on behalf Lillie Jenine Privot. These funds are being remitted to the Registry because the debtor(s) has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

CERTIFICATE OF SERVICE

This is to certify that I have this __31st__ day of __August__, 2016 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

King & King Law L.L.C
215 Pryor Street   SW
Atlanta, Ga.   3303

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887